Per §524(c)(6)(B) approval of reaffirmation agreement is not required for consumer debt secured by real property, even cases in which the individual is not represented by an attorney.

Date signed December 30, 2010



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.:   10–36789 – NVA     Chapter:   7

Gregory Thomas Wheet
1080 Mount Airy Road
Davidsonville, MD 21035

Creditor – Morequity, Inc.

Reaffirmation – 14

## STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:   Debtor(s)
      Attorney for Debtor(s) – John S. Smith
      Chapter 7 Trustee – Marc H. Baer
      Creditor – Morequity, Inc.

**34.4 –** *mburkhart*

### End of Order